**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.:   CV 23-01012-AB (PVCx) | Date:   March 18, 2024 |
|---|---|

| Title:   *Lihui Yu v. Alejandro Mayorkas et al* |
|---|

Present: The Honorable   **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**    **[In Chambers] ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On February 29, 2024, the Court ordered Plaintiff to show cause why this case should not be dismissed for lack of prosecution. *See* OSC (Dkt. No. 12). Plaintiff was required to respond to the OSC by March 14, 2024. *Id.* The Court advised Plaintiff that the failure to respond will be deemed consent to the dismissal of the action. *Id.*

On March 14, 2024, Defendants filed a Status Report and Declaration, indicating, among other things, that Plaintiff's I-589 Application for Asylum and for Withholding of Removal has been adjudicated, and thus this action is moot.

To date, Plaintiff has not filed a response to the OSC.

The Court therefore **DISMISSES** this action for lack of prosecution.

**IT IS SO ORDERED**.